# JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ernest Gerald Benefiel,           )<br>                                                )<br>               Plaintiff,             )<br>                                                )<br>       v.                                    )<br>                                                )<br>David becerra, et al.,             )<br>                                                )<br>               Defendant(s).    )<br>_____) | SACV 12-00202 JVS (ANx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

   The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED:    April 29, 2013

_____
James V. Selna
United States District Judge